RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for GILBERTO CISNEROS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GILBERTO CISNEROS,<br><br>        Defendant. | Case No. 2:17-cr-121-JAD-PAL-1<br><br>**STIPULATION TO CONTINUE MOTION DATES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Brandon Jaroch., Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Gilberto Cisneros, that the parties herein shall have to and including July 17, 2017, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 31, 2017 to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including August 7 2017, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. The defendant is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation, undersigned defense counsel has continued diligently in the process of reviewing and investigating discovery to determine whether a meritorious pretrial motion is appropriate. Additional time is needed to complete the processes.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research, prepare and submit appropriate pretrial motions after conferring with the defendant.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the Second stipulation to continue trial dates filed herein.

DATED this 20th day of June, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE,<br>Acting United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>Counsel for GILBERTO CISNEROS | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO CISNEROS,<br><br>DEFENDANT. | Case No. 2:17-cr-121-JAD-PAL-1<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation, undersigned defense counsel has continued diligently in the process of reviewing and investigating discovery to determine whether a meritorious pretrial motion is appropriate. Additional time is needed to complete the processes.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research, prepare and submit appropriate pretrial motions after conferring with the defendant.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the Second stipulation to continue trial dates filed herein.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have until July 17, 2017 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED the parties shall have to and including July 31, 2017 to file any all responses.

IT IS FURTHER ORDERED the parties shall have to and including August 7 2017 to file any and all replies.

DATED this 20th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE