RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for GILBERTO CISNEROS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>GILBERTO CISNEROS,<br><br>           Defendant. | Case No. 2:17-cr-121-JAD-PAL-1<br><br>**STIPULATION TO EXTEND RESPONSE TO OBJECTIONS**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon Jaroch., Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Gilberto Cisneros, that the Response to Objections, currently due January 11, 2018, be extend to and including January 22, 2018.

     The Stipulation is entered into for the following reasons:

     1.     The defendant is in custody but does not oppose the continuance.

2. On December 28, 2017, government counsel filed Objections to Report and Recommendation (ECF No. 43). The response is currently due January 11, 2018.

3. Undersigned defense counsel will be out of the jurisdiction on the currently set response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow for defense counsel to respond to the objections following her return.

5. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit an appropriate response to the objections, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the first stipulation to extend the response date.

DATED this 9th day of January, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON,<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>Counsel for GILBERTO CISNEROS | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GILBERTO CISNEROS,

    DEFENDANT.

Case No. 2:17-cr-121-JAD-PAL-1

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody but does not oppose the continuance.

2. On December 28, 2017, government counsel filed Objections to Report and Recommendation (ECF No. 43). The response is currently due January 11, 2018.

3. Undersigned defense counsel will be out of the jurisdiction on the currently set response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow for defense counsel to respond to the objections following her return.

5. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit an appropriate response to the objections, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,

United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that that the Response to Objections, currently due January 11, 2018, be extend to and including January 22, 2018.

DATED this 11th day of January, 2018.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT