UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br>GILBERTO CISNEROS,<br><br>                Defendant. | Case No. 2:17-cr-00121-JAD-PAL<br><br>ORDER<br><br>(Mot Strike – ECF No. 23) |

Before the court is Government's Motion to Strike Defendant's Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 21) (ECF No. 23). No opposition has been filed and the time for filing an opposition has expired. Having reviewed and considered the matter,

**IT IS ORDERED** that the Government's Motion to Strike Defendant's Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 21) (ECF No. 23) is **DENIED**.

DATED this 15th day of February, 2018.

                                                          PEGGY A. LEEN<br>                                                        UNITED STATES MAGISTRATE JUDGE