# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-121-JAD-PAL |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | ECF No. 52 |
| GILBERTO CISNEROS, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS ORDERED, that pursuant to the Government's Motion to Dismiss Indictment, and in accordance with Fed. R. Crim. P. 48(a), the Criminal Indictment filed on April 19, 2017, in the above-captioned case is hereby DISMISSED.

IT IS FURTHER ORDERED that the U.S. Marshal Service is ORDERED to release this defendant from custody in an expedited manner.

DATED: 3/7/2018

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE